| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

HINTON MCCLURE WATERS, §
§
      Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:07-CV-600
§
TIMOTHY C. OUTLAW, §
§
      Respondent. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Hinton McClure Waters, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court concludes the objections are without merit. Based on *Reyes-Requena v. United States*, 243 F.3d 893, 904 (5th Cir. 2001), the magistrate judge correctly concluded petitioner's grounds for review could not be asserted in a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241.

## ORDER

Accordingly, petitioner's objections to the Report and Recommendation are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered denying the petition for writ of habeas corpus.

SIGNED at Beaumont, Texas, this 17th day of January, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE